**1254-14**

# ELECTRONIC RECORD

COA #   10-13-00163-CR                          OFFENSE:   Poss of a Controlled Substance

STYLE:  Jamall Riddan Kennedy v. The State of Texas          COUNTY:   McLennan

TRIAL COURT:            54th District Court                                    _____ MOTION
TRIAL COURT #:          2012-722-C2                    FOR REHEARING IS:   _____
TRIAL COURT JUDGE:  Hon. Matt Johnson                DATE:   _____
DISPOSITION:  AFFIRMED                                JUDGE:   Davis

DATE:      August 14, 2014

JUSTICE:   Davis                    PC   _____   S   YES
PUBLISH:   YES                      DNP:  YES

CLK RECORD:   6/21/2013 - 1 volume        SUPP CLK RECORD:   _____
RPT RECORD:   8/14/2014                   SUPP RPT RECORD:   _____
STATE BR:     12/6/2013                   SUPP BR:           _____
APP BR:       10/18/2013                  PRO SE BR:         _____

# IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**                    CCA # ____ **1254-14**

--------------------

_____**PRO SE**_____ Petition            Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____
_____**REFUSED**_____                    JUDGE: _____
DATE: __*02/04/2015*__                   SIGNED: _____      PC: _____
JUDGE: __*Per Curiam*__                  PUBLISH: _____      DNP: _____

-----------------------

_____ MOTION FOR REHEARING IN     MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____            _____ ON _____

JUDGE: _____                    JUDGE: _____